## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **APRIL WOODS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ABSOLUTE TOTAL CARE, INC.**, a South Carolina incorporation,<br><br>*Defendant.* | Case No. 0:22-cv-1870 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff April Woods hereby provides notice to the Court of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 3rd day of August, 2022.    */s/ V. Elizabeth Wright*
V. Elizabeth Wright (SC Bar No. 10699)
V. Elizabeth Wright Law Firm, LLC
217 E. Park Avenue
Greenville, SC 29601
Telephone: (864) 325-5281
bethwrightattorney@gmail.com

*Attorney for Plaintiff and the putative Class*